# UNITED STATES DISTRICT COURT
## District of Maine

|  |  |  |
|---|---|---|
| BRANDEE A. LEWIS, | ) | Docket No. 1:16-CV-00559-JAW |
| Plaintiffs | ) | |
|  | ) | |
| v. | ) | |
|  | ) | |
| KENNEBEC COUNTY, KENNEBEC COUNTY | ) | |
| SHERIFF'S OFFICE, KENNEBEC COUNTY | ) | |
| SHERIFF'S OFFICE CORRECTIONS DIVISION, | ) | |
| KENNEBEC COUNTY CORRECTIONAL | ) | |
| FACILITY, PATSY CROCKETT, NANCY RINES, | ) | |
| GEORGE JABAR, BOB DEVLIN, RYAN | ) | |
| REARDON, MARSHA ALEXANDER, CALISTA | ) | |
| CAMPBELL, LAURA BRIGGS, GARY FEARON, | ) | |
| DAN CYR, SERGEANT DARLING, OFFICER | ) | |
| BRYANT, CORRECTIONAL HEALTH | ) | |
| PARTNERS, KIMBERLY VIGUE, and CRISIS & | ) | |
| COUNSELING CENTERS, | ) | |
| Defendants | ) | |
|  | ) | |

## COUNTY DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES

NOW COME Defendants Kennebec County, Kennebec County Sheriff's Office, Kennebec County Sheriff's Office Corrections Division, Kennebec County Correctional Facility, Patsy Crockett, Nancy Rines, George Jabar, Bob Devlin, Ryan Reardon, Marsha Alexander, Calista Campbell, Laura Briggs, Dan Cyr, Andrew Darling, and Darrell Bryant (hereinafter "County Defendants"), by and through undersigned counsel, and hereby respond to the allegations contained in Plaintiff's Complaint as follows:

<u>AFFIRMATIVE DEFENSES</u>

A.  Plaintiffs' Complaint fails to state a cause of action upon which relief may be granted.

B.  Plaintiff's damages were directly and proximately caused by the acts and/or omissions of an individual and/or entity other than these Defendants.

C.  Plaintiff's damages were directly and proximately caused by a legally sufficient superseding/intervening cause.

D.  Plaintiff has failed to mitigate her damages as required by law.

E.  The Kennebec County Sheriff's Office, Kennebec County Sheriff's Office Corrections Division, and Kennebec County Correctional Facility are not entities that can be sued.

F.  The County Defendants are entitled to discretionary function or intentional act immunity under the Maine Tort Claims Act.

G.  The County Defendants are entitled to general immunity under the Maine Tort Claims Act.

H.  The individual Defendants are entitled to qualified immunity.

I.  There is no private right of action for the criminal statutes the Plaintiff alleges were violated.

<u>ANSWER</u>

**Summary**

1.  The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

2

**Parties**

2.   The County Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

3.  The County Defendants admit the allegations contained in this paragraph of Plaintiff's Complaint.

1(sic).  The County Defendants admit the first, third and fourth sentence of this paragraph. Defendants deny the second sentence.

2(sic).  The County Defendants admit the first, third and fourth sentences of this paragraph. Defendants deny the second sentence of this paragraph.

4.  The County Defendants admit that the Kennebec County Correctional Facility is part of the Corrections Division of the County of Kennebec which is operated by the Kennebec County Sheriff's Office and has a principal location of 115 State Street, Augusta. Defendants deny that the Kennebec County Correctional Facility is a duly-organized entity of local government.

5.  The County Defendants admit sentences 1, 2, 4, and 5 of this paragraph.  The County Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the remaining allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

6.  The County Defendants admit the first two sentences of this paragraph.  The County Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the remaining allegations contained in this paragraph of Plaintiffs' Complaint

3

and therefore deny same.

7. The County Defendants admit the first sentence of this paragraph.   The County Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the remaining allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

8. The County Defendants admit the first sentence of this paragraph.   The County Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the remaining allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

9. The County Defendants admit the first sentence of this paragraph.   The County Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the remaining allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

10. The County Defendants admit the first sentence of this paragraph.   The County Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the remaining allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

11. The County Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

12. The County Defendants deny the first sentence of this paragraph.   The County Defendants are without sufficient knowledge or information so as to form a belief as to

4

the truth of the remaining allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

13. The County Defendants admit the first sentence of this paragraph. The County Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the remaining allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

14. The County Defendants deny the first sentence of this paragraph. The County Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the remaining allegations contained in this paragraph of Plaintiffs' Complaint and therefore deny same.

15. The County Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

16. The County Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

17. The County Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

**Jurisdiction and Venue**

18. The allegations contained in this paragraph of Plaintiff's Complaint do not require a response. To the extent a response is required, the Defendants agree that this court has

5

jurisdiction over these claims.

19. The allegations contained in this paragraph of Plaintiff's Complaint do not require a response.  To the extent a response is required, the Defendants agree that this court has jurisdiction over these claims.

20. The allegations contained in this paragraph of Plaintiffs' Complaint do not require a response.  To the extent a response is required, the Defendants agree that venue is proper in this judicial district.

**Statement of Facts**

21. The County Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

22. The County Defendants admit the allegations contained in this paragraph of Plaintiff's Complaint.

23. The County Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

24. The County Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

25. The County Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

6

26. The County Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

27. The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

28. The County Defendants admit that Vigue was a nurse and was employed by Correctional Health Partners.  The County Defendants admit that Kennebec County has a contract with Correctional Health Partners to provide medical services to inmates housed at the jail, but deny that there was a contract with Vigue.

29. The County Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

30. The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

31. The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

32. The County Defendants deny that Cyr, Briggs, and two other corrections officers assisted Vigue or were aware of what actions Vigue intended to take.

33. The County Defendants admit the allegations contained in this paragraph of Plaintiff's Complaint.

7

34. The County Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

35. The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

36. The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

37. The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

38. The County Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

39. The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

40. The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

41. The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

42. The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

43. The County Defendants admit the allegations contained in this paragraph of Plaintiff's Complaint.

44. The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

45. The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

46. The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

47. The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

48. The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

49. The County Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

50. The County Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

51. The County Defendants admit that Lt. Briggs conducted an investigation.

52. The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

53. The County Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

54.   The County Defendants admit the allegations contained in this paragraph of Plaintiff's Complaint.

55.   The County Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

56.   The County Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

57.   The County Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

58.   The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

59.   The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

60.   The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

61.   The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

62.   The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

63. The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

64. The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

65. The County Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

66. The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

67. The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

68. The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

69. The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

70. The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

71. The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

72. The County Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

73.  The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

74.  The County Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

75.  The County Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

76.  The County Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

77. The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

## COUNT ONE – GROSS SEXUAL ASSAULT

78. The County Defendants repeat and reassert their responses to each of the above paragraphs of Plaintiffs' Complaint as if fully set forth herein.

79. The allegations contained in this paragraph of Plaintiff's Complaint state a legal conclusion to which no response is required.

80. The allegations contained in this paragraph of Plaintiff's Complaint state a legal conclusion to which no response is required.

81. The allegations contained in this paragraph of Plaintiff's Complaint state a legal conclusion to which no response is required.

12

82. The allegations contained in this paragraph of Plaintiff's Complaint state a legal conclusion to which no response is required.

83. The allegations contained in this paragraph of Plaintiff's Complaint state a legal conclusion to which no response is required.

84. The County Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

85. The allegations contained in this paragraph of Plaintiff's Complaint state a legal conclusion to which no response is required.

86. The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

87. The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

88. The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

89. The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

90. The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

91. The allegations contained in this paragraph of Plaintiff's Complaint state a legal conclusion to which no response is required.

92. The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

93. The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

94. The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

95. The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

96. No response is required to this paragraph of Plaintiff's Complaint.

### COUNT TWO – FAILURE TO REPORT SEXUAL ABUSE OF PERSON IN CUSTODY

97. The County Defendants repeat and reassert their responses to each of the above paragraphs of Plaintiffs' Complaint as if fully set forth herein.

98. The allegations contained in this paragraph of Plaintiff's Complaint state a legal conclusion to which no response is required.

99. The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

100.    The allegations contained in this paragraph of Plaintiff's Complaint state a legal conclusion to which no response is required.

101.    The County Defendants admit the allegations contained in this paragraph of Plaintiff's Complaint.

102.    The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

103.    The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

104.    The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

105.    The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

106.    The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

107.    The allegations contained in this paragraph of Plaintiff's Complaint state a legal conclusion to which no response is required.

108.    The County Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

109.    The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

110.    The allegations contained in this paragraph of Plaintiff's Complaint state a legal conclusion to which no response is required.

111.    The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

112.     The County Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

113.     The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

114.     The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

115.     The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

116.     The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

117.     The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

118.     No response is required to this paragraph of Plaintiff's Complaint.

**COUNT THREE – VIOLATION OF CIVIL RIGHTS 42 U.S.C. § 1983 EIGHTH AMENDMENT OF THE UNITED STATES CONSTITUTION (CRUEL AND UNUSUAL PUNISHMENT)**

119.     The County Defendants repeat and reassert their responses to each of the above paragraphs of Plaintiffs' Complaint as if fully set forth herein.

120.     No response is required to this paragraph of Plaintiff's Complaint.

121.     The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

16

122.     The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

123.     The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

124.     The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

125.     The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

126.     The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

127.     The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

128.     The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

129.     The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

130.     The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

131.     No response is required to this paragraph of Plaintiff's Complaint.

**COUNT FOUR – VIOLATION OF CIVIL RIGHTS 42 U.S.C. § 1983
FOURTEENTH AMENDMENT OF THE UNITED STATES CONSTITUTION
AND ARTICLE 1, SEC. 6-A OF THE MAINE STATE CONSTITUTION(DUE
PROCESS)**

132.     The County Defendants repeat and reassert their responses to each of the above paragraphs of Plaintiffs' Complaint as if fully set forth herein.

133.     The allegations contained in this paragraph of Plaintiff's Complaint state a legal conclusion to which no response is required.

134.     The allegations contained in this paragraph of Plaintiff's Complaint state a legal conclusion to which no response is required.

135.     The County Defendants admit the allegations contained in this paragraph of Plaintiff's Complaint.

136.     The County Defendants admit the allegations contained in this paragraph of Plaintiff's Complaint.

137.     The County Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

138.     The County Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

139.     The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

140.     The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

141.     The County Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

142.     The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

143.     The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

144.     The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

145.     The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

146.     The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

147.     No response is required to this paragraph of Plaintiff's Complaint.

**COUNT FIVE – VIOLATION OF MAINE CIVIL RIGHTS ACT**

148.     The County Defendants repeat and reassert their responses to each of the above paragraphs of Plaintiffs' Complaint as if fully set forth herein.

149.     The allegations contained in this paragraph of Plaintiff's Complaint state a legal conclusion to which no response is required.

19

150.     The allegations contained in this paragraph of Plaintiff's Complaint state a legal conclusion to which no response is required.

151.     The County Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

152.     The County Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

153.     The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

154.     The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

155.     The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

156.     The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

157.     The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

158.     The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

159.     The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

160.    No response is required to this paragraph of Plaintiff's Complaint.

### COUNT SIX – NEGLIGENT SUPERVISION

161.    The County Defendants repeat and reassert their responses to each of the above paragraphs of Plaintiffs' Complaint as if fully set forth herein.

162.    The allegations contained in this paragraph of Plaintiff's Complaint state a legal conclusion to which no response is required.

163.    The County Defendants admit the allegations contained in this paragraph of Plaintiff's Complaint.

164.    The County Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

165.    The County Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

166.    The allegations contained in this paragraph of Plaintiff's Complaint state a legal conclusion to which no response is required.

167.    The allegations contained in this paragraph of Plaintiff's Complaint state a legal conclusion to which no response is required.

168.    The allegations contained in this paragraph of Plaintiff's Complaint state a legal conclusion to which no response is required.

169.    The County Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's

Complaint and therefore deny same.

170.     The County Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

171.     The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

172.     The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

173.     The County Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

174.     The County Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

175.     The County Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

176.     The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

177.     The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

178.     The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

179.     The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

180.     The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

181.     The County Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

182.     No response is required to this paragraph of Plaintiff's Complaint.

### COUNT SEVEN – NEGLIGENT SUPERVISION – Correctional Health Partners

183.     The County Defendants repeat and reassert their responses to each of the above paragraphs of Plaintiffs' Complaint as if fully set forth herein.

184-192.   These allegations do not pertain to the County Defendants.  To the extent that the County Defendants are required to respond to any of the allegations contained in these paragraphs of Plaintiff's Complaint, the County Defendants deny all such allegations.

### COUNT EIGHT – NEGLIGENT SUPERVISION – Crisis & Counseling Center

193.     The County Defendants repeat and reassert their responses to each of the above paragraphs of Plaintiffs' Complaint as if fully set forth herein.

194-202.   These allegations do not pertain to the County Defendants.  To the extent that the County Defendants are required to respond to any of the allegations contained in these paragraphs of Plaintiff's Complaint, the County Defendants deny all such allegations.

### COUNT NINE – VICARIOUS LIABILITY – Correctional Health Partners

203.	The County Defendants repeat and reassert their responses to each of the above paragraphs of Plaintiffs' Complaint as if fully set forth herein.

204-213.  These allegations do not pertain to the County Defendants.  To the extent that the County Defendants are required to respond to any of the allegations contained in these paragraphs of Plaintiff's Complaint, the County Defendants deny all such allegations.

### COUNT TEN – VICARIOUS LIABILTY – Crisis & Counseling Center

214.	The County Defendants repeat and reassert their responses to each of the above paragraphs of Plaintiffs' Complaint as if fully set forth herein.

215-223.  These allegations do not pertain to the County Defendants.  To the extent that the County Defendants are required to respond to any of the allegations contained in these paragraphs of Plaintiff's Complaint, the County Defendants deny all such allegations.

WHEREFORE, the County Defendants pray for judgment in their favor against Plaintiff on each and every count of Plaintiff's Complaint, plus costs, interest and attorney's fees.


Dated: January 9, 2017	      /s/   Peter T. Marchesi
	Peter T. Marchesi, Esq.


	  /s/   Cassandra S. Shaffer
	Cassandra S. Shaffer, Esq.

	Wheeler & Arey, P.A.
	Attorneys for Defendants
	27 Temple Street, P.O. Box 376
	Waterville, ME 04903-0376

## UNITED STATES DISTRICT COURT
### District of Maine

|  |  |
|---|---|
| BRANDEE A. LEWIS,<br><br>    Plaintiffs<br><br>v.<br><br>KENNEBEC COUNTY, KENNEBEC COUNTY<br>SHERIFF'S OFFICE, KENNEBEC COUNTY<br>SHERIFF'S OFFICE CORRECTIONS DIVISION,<br>KENNEBEC COUNTY CORRECTIONAL<br>FACILITY, PATSY CROCKETT, NANCY RINES,<br>GEORGE JABAR, BOB DEVLIN, RYAN<br>REARDON, MARSHA ALEXANDER, CALISTA<br>CAMPBELL, LAURA BRIGGS, GARY FEARON,<br>DAN CYR, SERGEANT DARLING, OFFICER<br>BRYANT, CORRECTIONAL HEALTH<br>PARTNERS, KIMBERLY VIGUE, and CRISIS &<br>COUNSELING CENTERS,<br>    Defendants | )  Docket No. 1:16-cv-00559-JAW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## <u>CERTIFICATE OF SERVICE</u>

  I, Peter T. Marchesi, Esq., attorney for Defendants, hereby certify that:

-   County Defendants' Answer and Affirmative Defenses

has been served this day on Plaintiff by filing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

   Jackie DiGiacomo, Esq. *jackie.t.digiacomo@gmail.com*


Dated: January 9, 2017         __/s/  Peter T. Marchesi__
                 Peter T. Marchesi, Esq.
                 Attorney for Defendants
                 Wheeler & Arey, P.A.
                 27 Temple Street, P.O. Box 376
                 Waterville, ME  04903-0376