UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| BRANDEE A. LEWIS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | 1:16-cv-00559-JAW |
| KENNEBEC COUNTY, et al., | ) | |
| Defendants. | ) | |

**ORDER ON OBJECTION TO ORDER ON MOTION TO STAY**

On November 7, 2016, Brandee A. Lewis filed a complaint against Kennebec County, the Kennebec County Sheriff's Office and its Corrections Division, the Kennebec County Correctional Facility (KCCF), a number of Kennebec County officials and employees, Crisis & Counseling Centers, Correctional Health Partners (CHP), and Kimberly Arlene Vigue, alleging that while Ms. Lewis was housed in the KCCF, she was "brutally sexually assaulted and physically assaulted by a nurse and multiple staff members at the [KCCF]." *Compl.* ¶ 1 (ECF No. 1). After the Defendants filed their Answer, the Magistrate Judge issued a series of orders, extending the discovery and other deadlines.

On July 2, 2018, the Magistrate Judge issued an order memorializing the substance of a telephone conference and order of June 27, 2018. *Report of Tel. Conf. and Order* (ECF No. 161) (*Magistrate Judge Order*). The lead-up to the June 27, 2018 telephone conference was a motion for protective order and to quash that Ms. Lewis filed on June 21, 2018. *Pl.'s Mot. for Protective Order and to Quash Notice of Dep.* (ECF No. 148). In the July 2, 2018 written order, the Magistrate Judge observed, "A

central issue of dispute was the scheduling of Plaintiff's deposition." *Magistrate Judge Order* at 1. In the July 2, 2018 order, the Magistrate Judge affirmed the contents of a status report that the Plaintiff filed with the Court on June 28, 2018 and wrote that "the parties will conduct Plaintiff's deposition on or before July 23, 2018, under the conditions set forth in the status report." *Id.* The Magistrate Judge added:

> Except for discovery related to Plaintiff's deposition, all discovery and the Scheduling Order deadlines are stayed until completion of Plaintiff's deposition. The Court will schedule a telephonic conference for the week of July 30, 2018, to discuss a scheduling order to govern the future course of the case.

*Id.* at 2.

On July 10, 2018, Ms. Lewis objected to the July 2, 2018 order but only insofar as the Magistrate Judge ordered discovery stayed. *Pl.'s Obj. to Report of Tele. Conf. and Order* (ECF No. 163). On July 11, 2018, Kimberly Vigue, one of the Defendants, filed an objection and response to Ms. Lewis' objection to the order on the motion to quash. *Def. Vigue's Obj. and Resp. to Pl.'s "Objection to" Order on Mot. to Quash* (ECF No. 164). On July 24, 2018, the Kennebec County Defendants, so-called, responded to Ms. Lewis' objection to the July 2, 2018 order. *Kennebec Cnty. Defs.' Resp. to Pl.'s Obj. to Order on Mot. to Quash* (ECF No. 168).

As the Court understands it, the dispute between the parties over the Magistrate Judge's stay order has been eclipsed by the passage of time. In his July 2, 2018 order, the Magistrate Judge ordered that the Plaintiff's deposition be held on or before July 23, 2018 and he stayed discovery in the case only "until completion of Plaintiff's deposition." *Magistrate Judge Order* at 2. As the Plaintiff's July 23, 2018

2

deposition is now presumably complete, the stay has been effectively lifted by its own terms. Accordingly, Ms. Lewis' objection to the stay order is moot.

The Court OVERRULES as moot the Plaintiff's Objection to Report of Telephone Conference and Order (ECF No. 163) and AFFIRMS the stay order within the Report of Telephone Conference and Order.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of August, 2018