UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| BRANDEE A. LEWIS,<br><br>　　　　　　Plaintiffs<br><br>v.<br><br>KENNEBEC COUNTY, KENNEBEC COUNTY SHERIFF'S OFFICE, KENNEBEC COUNTY SHERIFF'S OFFICE CORRECTIONS DIVISION, KENNEBEC COUNTY CORRECTIONAL FACILITY, PATSY CROCKETT, NANCY RINES, GEORGE JABAR, BOB DEVLIN, RYAN REARDON, MARSHA ALEXANDER, CALISTA CAMPBELL, LAURA BRIGGS, GARY FEARON, DAN CYR, HANNAH SIMMONS, MYRA GAGNON, COURTNEY PIERCE, SERGEANT DARLING, OFFICER BRYANT, CORRECTIONAL HEALTH PARTNERS, KIMBERLY VIGUE, CRISIS & COUNSELING CENTERS, and PHYSICIAN HEALTH PARTNERS, LLC,<br><br>　　　　　　Defendants | )<br>) Docket No. 1:16-CV-00559-JAW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**NOW COME THE PARTIES,** by and through undersigned counsel, and hereby stipulate that the above entitled matter may be dismissed with prejudice, and without costs, fees or interest to any party.

Dated: Dec. 12, 2018　　　　　　　　　　　Dated: Dec. 12, 2018


/s/ David Flores　　　　　　　　　　　　　　/s/ Jackie DiGiacomo
David Flores, Esq.　　　　　　　　　　　　Jackie DiGiacomo, Esq.
Counsel for Plaintiff　　　　　　　　　　　Counsel for Plaintiff

| | |
|---|---|
| Dated: 1/17/19 | Dated: 1/17/19 |
| /s/ Timothy Connolly<br>Timothy D. Connolly, Esq.<br>Counsel for Correctional Health Partners, LLC, and Physician Health Partners, LLC | /s/ C. Skip Spurling<br>C. Skip Spurling, Esq.<br>Counsel for Kim Vigue |
| Dated: 1/17/19 | Dated: 1/17/19 |
| /s/ James Martemucci<br>James Martemucci, Esq.<br>Counsel for Crisis & Counseling Centers, Inc. and Gary Fearon | /s/ John J. Wall, III<br>John J. Wall, Esq.<br>Counsel for Myra Gagnon, Hannah Simmons, and Courtney Pierce |

Dated: 1/17/19

/s/ Peter Marchesi
Peter Marchesi, Esq.
Counsel for Kennebec County, Kennebec County Sheriff's Office, Kennebec County Correctional Facility, Kennebec County Commissioners, Patsy G. Crockett, Nancy G. Rines, George M. Jabar, II, Bob Devlin, Ryan Reardon, Marsha Alexander, Calista Campbell, Laura Briggs, Dan Cyr, Sergeant Darling, and Officer Bryant

## CERTIFICATE OF SERVICE

     I hereby certify that on January 17, 2019, I electronically filed **Joint Stipulation of Dismissal with Prejudice** using the CM/ECF system, which will provide notice to all counsel of record.

     Dated at Portland, Maine this 17th day of January, 2019.

                              Attorneys for Defendants Hannah Simmons,
                              Myra Gagnon and Courtney Pierce
                              MONAGHAN LEAHY, LLP
                              95 Exchange Street, P.O. Box 7046
                              Portland, ME 04112-7046
                              (207) 774-3906
BY:    /s/ John J. Wall, III
                              John J. Wall, III